UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE YOUKU TUDOU INC. SECURITIES LITIGATION | Case No. 1:15-cv-02875-WHP<br><br>**AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>**JURY TRIAL DEMANDED** |

Lead Plaintiffs Service Excel Ltd. and Zhu Jianmin ("Plaintiffs"), individually and on behalf of all other persons similarly situated, by their undersigned attorneys, allege in this Amended Class Action Complaint for Violation of the Federal Securities Laws (the "Complaint") the following based upon knowledge with respect to their own acts, and upon facts obtained through an investigation conducted by counsel, which included, inter alia: (a) review and analysis of relevant filings made by Youku Tudou, Inc. ("Youku" or the "Company") with United States Securities and Exchange Commission ("SEC"); (b) review and analysis of the defendants' public documents, conference calls, and press releases; (c) review and analysis of securities analysts' reports and advisories concerning the Company; and (d) information readily obtainable on the Internet.

Plaintiffs believe that further substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery. Most of the facts supporting allegations contained herein are known only to defendants or are exclusively within their control.

## NATURE OF THE ACTION

1. This is a federa1 securities class action on beha1f of all persons or entities who purchased or otherwise acquired Youku securities between May 15, 2013, and March 20, 2015, inclusive (the "Class Period"). This action seeks to recover compensable damages caused by the defendants' violations of federal securities laws, specifically violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§ 78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5.

2. Youku is China's leading Internet television company. Its Internet television platform enables users to search, view and share high-quality video content quickly and easily across multiple devices. Youku, which stands for "what's best and what's cool" in Chinese, is the most recognized online video brand in China. Youku Tudou's American Depositary Shares ("ADS"), each representing 18 of Youku Tudou's Class A ordinary shares, are traded on the NYSE under the symbol "YOKU".

3. Youku acquires and uses licensed content to drive viewership. From this viewership, Youku generates revenue from advertising placements. This case arises from defendants' improper and misleading accounting of the Company's licensed content.

4. Throughout the Class Period, Youku represented to investors that the Company's internal controls over financial reporting were adequate and that its financial information was presented accurately and in conformance with United States generally accepted accounting principles ("GAAP"). However, in response to an inquiry from the SEC dated September 11, 2014, defendants ultimately revealed that these representations were false.

5. On March 19 and 20, 2015, defendants revealed to investors that the Company had been accounting for its licensed content incorrectly and that its financials would need to be restated.

GAAP requires companies to account for licensing content as a current asset valued in accordance with its estimated usage. Youku, however, was accounting for its licensed content as if it were long lived assets and thus depreciating the value of the content over time. Moreover, in connection with the Company's non-monetary exchanges for licensed copyrights (or "barter transactions"), Youku had been using the *carrying value* of the content as opposed to the content's *fair market value*.

6. Defendants' accounting errors resulted in a material restatement of the Company's financials. On April 28, 2015, Youku issued its annual report fiscal 2014 wherein the Company revealed that Youku's net loss per ADS increased by RMB0.12 and the total loss to shareholders increased by RMB19.36 million.

7. Investors responded sharply to the news of Youku's misleading financial statements. On March 19 and 20, 2015, in response to the news of the SEC inquiry, Youku stock declined precipitously from $15.15 per ADS to $13.50 per ADS. Youku's stock continued to decline over the course of the next several days, dropping to $12.36 on March 30, 2015. In total, Youku's stock decreased by 18.4%, which represented a decline in U.S. market capitalization of $440 million.

8. As noted in more detail herein, Youku's previously issued financial statements regarding, among other things, its financial performance, contained materially false information or omitted information necessary to make those statements not misleading. As a result, Plaintiff and other members of the Class purchased Youku securities at artificially inflated prices and thereby suffered significant losses and damages.

**JURISDICTION AND VENUE**

9. The claims asserted herein arise under and pursuant to Sections 10(b) and 20(a) of

the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

10. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331, Section 27 of the Securities Act (15 U.S.C. § 77v).

11. Venue is proper in this District pursuant to Section 27 of the Exchange Act, and 28 U.S.C. § 1391(b) because certain of the acts alleged in this Complaint occurred in this District and the Company's ADS trade, under the ticker symbol "YOKU", on the New York Stock Exchange (NYSE"), located within this District. Each of its ADS represents 18 Class A ordinary shares, of which the Company has approximately 2,876,118,481 outstanding.

12. In connection with the acts, conduct and other wrongs alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mail, interstate telephone communications and the facilities of the national securities exchange.

## PARTIES

13. Lead Plaintiffs purchased Youku common stock within the Class Period and, as a result, were damaged thereby. Plaintiffs' certifications evidencing their transactions were filed previously with the Court in connection with their motions for appointment as Lead Plaintiff and are incorporated herein by reference.

14. Defendant Youku is incorporated in the Cayman Islands with its headquarters located at 11/F, SinoSteel Plaza, 8 Haidan Street, Haidan District, Beijing 10080, The People's Republic of China. Its ADS trade on the NYSE under the ticker symbol "YOKU"

15. Defendant Victor Wing Cheung Koo ("Koo") is the Company's chief executive officer ("CEO"), and president and Chairman of the Youku board of directors (the "Board"). Koo

signed Sarbanes-Oxley ("SOX") certifications during the Class Period attesting that Youku's financial statements were accurate and that its systems of internal controls were adequate.

16. Defendant Michael Ge Xu (“Xu") is the Company's chief financial officer ("CFP"). Xu signed SOX certifications during the Class Period attesting that Youku's financial statements were accurate and that its systems of internal controls were adequate.

17. Defendants Koo and Xu are collectively referred to herein as the “Individual Defendants.”

18. Each of the Individual Defendants:

(a) directly participated in the management of the Company;

(b) was directly involved in the day-to-day operations of the Company at the highest levels;

(c) was directly or indirectly involved in drafting, producing, reviewing and/or disseminating the false and misleading statements and information alleged herein;

(d) was directly or indirectly involved in the oversight or implementation of the Company’s internal controls;

(e) was aware of or deliberately recklessly disregarded the fact that the false and misleading statements were being issued concerning the Company; and/or

(f) approved or ratified these statements in violation of the federal securities laws.

19. Because of the Individual Defendants' positions within the Company, they had access to undisclosed information about Youku's business, operations, operational trends, financial

statements, markets and present and future business prospects via access to internal corporate documents (including the Company's operating plans, budgets and forecasts and reports of actual operations and performance), conversations and connections with other corporate officers and employees, attendance at management and Board meetings and committees thereof and via reports and other information provided to them in connection therewith.

20. As officers of a publicly-held company whose securities were, and are, registered with the SEC pursuant to the federal securities laws of the United States, the Individual Defendants each had a duty to disseminate prompt, accurate and truthful information with respect to the Company's financial condition and performance, growth, operations, financial statements, business, markets, management, earnings and present and future business prospects, and to correct any previously-issued statements that had become materially misleading or untrue, so that the market price of the Company's publicly-traded securities would be based upon truthful and accurate information. The Individual Defendants' misrepresentations and omissions during the Class Period violated these specific requirements and obligations.

21. The Individual Defendants, because of their positions with the Company, possessed the power and authority to control the contents of Youku’s reports to the SEC, press releases, and presentations to securities analysts, money and portfolio managers, and institutional investors, *i.e.*, the market. Each Individual Defendant was provided with copies of the Company’s reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, each of these defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or

Case 1:15-cv-02875-WHP Document 25 Filed 01/29/16 Page 7 of 42

misleading. The Individual Defendants are liable for the false statements pleaded herein, as those statements were each "group-published" information, the result of the collective actions of the Individual Defendants.

22. Each of the Individual Defendants are liable as a participant in a fraudulent scheme and course of business that operated as a fraud or deceit on purchasers of Youku securities by disseminating materially false and misleading statements and/or concealing material adverse facts. The scheme: (i) deceived the investing public regarding Youku's business, operations, management and the intrinsic value of its securities and (ii) caused Plaintiff and other shareholders to purchase Youku securities at artificially inflated prices.

23. Youku is liable for the acts of the Individual Defendants under the doctrine of respondeat superior and/or common law principles of agency.

## SUBSTANTIVE ALLEGATIONS

### A. Company Background

24. Youku Tudou Inc. (NYSE: YOKU) is China's leading Internet television company. Its Internet television platform enables users to search, view and share high-quality video content quickly and easily across multiple devices. Youku, which stands for "what's best and what's cool" in Chinese, is the most recognized online video brand in China. Youku Tudou's American depositary shares, each representing 18 of Youku Tudou's Class A ordinary shares, are traded on the NYSE under the symbol "YOKU".

25. The majority of Youku's offerings are professionally produced content licensed from copyright holders. Youku is used by Chinese internet users for television dramas, feature films, news programming, variety shows, music videos, animated features, sports coverage, among

Case 1:15-cv-02875-WHP Document 25 Filed 01/29/16 Page 8 of 42

others. Youku uses a proprietary content delivery network (CDN) technology and back-end encoding technology.

26. Youku has forged partnerships with nearly 900 brand advertisers over the past several years, including household names like P&G, Coca-Cola, General Motors, Apple, Lenovo, Samsung, and China Mobile.

**B. Management is Responsible for Financial Reporting**

27. GAAP are those principles recognized by the accounting profession as the conventions, rules, and procedures necessary to define accepted accounting practice at a particular time. GAAP are the official standards adopted by the American Institute of Certified Public Accountants (the “AICPA”), a private professional association, through three successor groups that it established, the Committee on Accounting Procedure, the Accounting Principles Board (the “APB”), and the Financial Accounting Standards Board (the “FASB”). Effective July 1, 2009, the FASB issued the FASB Accounting Standards Codification (“ASC”) which superseded all prior FAS Standards and FASB Staff Positions regarding FAS Standards. The ASC is “the source of authoritative [GAAP] recognized by the FASB to be applied by nongovernmental entities.” (ASC, Topic 105, Sub-topic 10, § 5, ¶ 1.)

28. According to SEC Regulation S-X (17 C.F.R. § 210.4-01(a)(2)), if a company does not file in accordance with GAAP or the International Financial Reporting Standard as issued by the International Accounting Standards Board, financial statements in all filings of foreign private issuers must be reconciled to U.S. GAAP and the provisions of Regulation S-X of the type specified in Item 18 of Form 20-F.

29. SEC Regulation S-X (17 C.F.R. § 210.4-01(a)(1)) states that financial statements filed with the SEC which are not prepared in compliance with GAAP are presumed to be

misleading and inaccurate. Regulation S-X requires that interim financial statements must also comply with GAAP, with the exception that interim financial statements need not include disclosures that would be duplicative of disclosures accompanying annual financial statements. 17 C.F.R. § 210.10-01(a).

30. Senior management is responsible for a company's financial reporting. The Code of Professional Conduct developed by the American Institute of Certified Public Accounts states in pertinent part:

> The financial statements are management's responsibility. The auditor's responsibility is to express an opinion on the financial statements. Management is responsible for adopting sound accounting policies and for establishing and maintaining an internal control structure that will, among other things, record, process, summarize, and report financial data that is consistent with management's assertions embodied in the financial statements. The entity's transactions and the related assets, liabilities, and equity are within the direct knowledge and control of management. The auditor's knowledge of these matters and internal control is limited to that acquired through the audit. Thus, the fair presentation of financial statements in conformity with generally accepted accounting principles is an implicit and integral part of management's responsibility.

(1 CCH AICPA Professional Standards, SAS No. 1, § 110.02 (1982).)

31. Section 13 of the Exchange Act confirms management's responsibilities for an entity's internal controls. "Every issuer which has a class of securities registered pursuant to section 78l of this title and every issuer which is required to file reports pursuant to section 78o(d) of this title shall- . . . devise and maintain a system of internal accounting controls sufficient to provide reasonable assurances that- . . . transactions are recorded as necessary (I) to permit preparation of financial statements in conformity with generally accepted accounting principles or any other criteria applicable to such statements . . . ." (15 U.S.C. § 77m(b)(2)(B)(ii)(I).)

32. Youku's management, including the Company's CEO and CFO, conducted evaluations of the effectiveness of Youku's internal control over financial reporting based on the framework in *Internal Control – Integrated Framework* issued by the Committee of Sponsoring

Case 1:15-cv-02875-WHP Document 25 Filed 01/29/16 Page 10 of 42

Organizations of the Treadway Commission (the "COSO Report"). The COSO Report defines internal control as a process that is "designed to provide reasonable assurance regarding the achievement of objectives" related to the effectiveness and efficiency of operations, the reliability of financial reporting, and compliance with applicable laws and regulations. The term "reliable" as used in the COSO Report requires that financial statements prepared for external purposes are fairly presented in conformity with GAAP and regulatory requirements. Inherent in the fair presentation of financial statements is the concept of statement materiality. Reliability of financial reporting applies to published financial statements, including interim and consolidated financial statements, and selected financial data, such as earnings releases, derived from these financial statements.

33. An error in previously issued financial statements is an "error in recognition, measurement, presentation, or disclosure in financial statements resulting from mathematical mistakes, mistakes in the application of [GAAP], or oversight or misuse of facts that existed at the time the financial statements were prepared." A "retrospective application" is the "application of a different accounting principle to one or more previously issued financial statements . . . ." A "restatement" is the "process of revising previously issued financial statements to reflect the correction of an error in those financial statements." (ASC, Topic 250, Sub-topic 10, § 20.)

34. Upon the discovery of an error in a previously issued financial statement, the "error . . . shall be reported as an error correction[] by restating the prior-period financial statements. Restatement requires all of the following: [a] The cumulative effect on periods prior to those presented shall be reflected in the carrying amounts of assets and liabilities as of the beginning of the first period presented[;] [b] An offsetting adjustment, if any, shall be made to the opening balance of retained earnings (or other appropriate components of equity or net assets in the statement of financial position)

for that period[;] [and] [c] Financial statements for each individual prior period presented shall be adjusted to reflect correction of the period-specific effects of the error." (ASC, Topic 250, Sub-topic 10, § 45, ¶ 23.) Other circumstances requiring the revision of financial statements, neither of which are applicable here, include a change in the reporting entity or a change in an accounting principle. (ASC, Topic 250, Sub-topic 10, § 45.)

35. Upon restating financial statements for the purpose of correcting an error, "the entity shall disclose that its previously issued financial statements have been restated, along with a description of the nature of the error. The entity also shall disclose both of the following: [a] The effect of the correction on each financial statement line item and any per-share amounts affected for each prior period presented [and] [b] The cumulative effect of the change on retained earnings or other appropriate components of equity or net assets in the statement of financial position . . . ." (ASC, Topic 250, Sub-topic 10, § 50, ¶ 7.)

36. Restating financial statements dilute public confidence in the company's to which they belong. Further, restatements confuse those who use them. Consequently, financial statements prepared in accordance with GAAP should be considered final, and only restated for the purpose of correcting material errors. (ASC, Topic 105, Sub-topic 10, § 5, ¶ 6.)

## C. <u>Youku Accounted Improperly for Licensed Content</u>

### *<u>Accounting for Licensed Copyrights</u>*

37. Accounting Standards Codification 920, *Entertainment—Broadcasters* (formerly FASB Statement No. 63, *Financial Reporting by Broadcasters*) ("ASC 920") makes it explicitly clear that acquired licensed content should be accounted for under ASC 920. However, Youku classified its licensed copyrights as part of intangible assets and the recoverability of licensed copyrights were evaluated with other long-lived assets as an asset group, in accordance with Accounting Standards

Codification 360-10, Property, Plant, and Equipment: Overall ("ASC 360").

38. Cable networks, television networks, and television stations, including online stations like Youku,, acquire a significant portion of their content from third parties. For shows purchased by a broadcaster from a third party to be aired on the broadcaster's own network or channel, the broadcaster should apply the provisions of ASC 920, which generally requires the following key accounting policies:

(a) **Cost amortization** based on estimated number of future showings or, with licenses providing unlimited showings, amortized over the term of the agreement because the estimated number of future showings may not be determinable. Accelerated amortization is to be used if the first showing is considered more valuable than reruns. The straight-line amortization method is appropriate if each showing is expected to generate similar revenues.

(b) **Impairment assessment** using a net realizable value model which may be made on a program, series, package, or day-part basis. Any write-off is calculated as the amount by which unamortized cost exceeds its estimated net realizable value.

(c) **Classification** between current and noncurrent asset presentation, based on estimated usage within the next 12 months.

39. Due to the uniqueness of various acquired programming rights, broadcasters generally evaluate the following factors, among others, in determining an appropriate amortization model:

(a) Expected pattern of revenues and the ability to reliably estimate those revenues;

(b) The likelihood that different runs or airings would generate different revenues;

(c) Significance of the specific right and its importance to the overall broadcast schedule; and

(d) Relationship of the programming to other significant revenue streams, other than advertising, such as affiliate fees.

40. Additionally, ASC 920 states that an asset for acquired programming rights should be recognized on the balance sheet when the cost of the programming is known, the program material has been accepted for airing by the licensee, and the program is available for its first showing or telecast. Acquisition of the rights to air a completed series or a theatrically released film will generally meet the available-for-airing criteria at the commencement of the license period. Accordingly, an asset and liability for the entire contract are generally recognized at the commencement of the license period.

41. Separate and apart from ASC 920, ASC 360 provides guidance on accounting for property, plant, and equipment, *i.e.*, long lived assets. Specifically, ASC 360 provides guidelines as to when impairment testing should be completed and when an asset should be impaired. Under ASC 360, impairment or disposal of long-lived assets are calculated based on the excess of the carrying amount of the long-lived asset over the long-lived asset's fair value.

42. Significantly, ASC 360-10-15-5(i)(2) specifically states "[t]he guidance in the Impairment or Disposal of Long-Lived Assets Subsections does not apply to . . . the broadcasting industry, see Topic 920." Notwithstanding this explicit instruction, Youku ignored ASC 920 in favor of ASC 360.

*<u>Accounting for Nonmonetary Exchanges of Licensed Copyrights ("Barter Transactions")</u>*

43. Youku often acquires exclusive licensed copyrights of content, which includes a broadcasting right and a right to sublicense to third parties. As part of the sublicensing right acquired, Youku occasionally enters into nonmonetary exchanges of the underlying content with other online video broadcasting companies. Youku accounted for these nonmonetary exchanges at the carrying values of the sublicensing rights given up, which is nothing, with no resulting gain or loss being

Case 1:15-cv-02875-WHP Document 25 Filed 01/29/16 Page 14 of 42

recognized.

44. ASC 845 provides accounting rules governing the exchange of nonmonetary assets. In the context of Youku's operations, nonmonetary transactions occurred when the Company would swap or trade licensed content with other third-parties. Youku should have accounted for these transactions pursuant to ASC 845 and, therefore, recognized differences in the fair value between the incoming and outgoing licensed content.

45. The key effects of applying fair value accounting to these barter transactions results in the recognition of: (i) sublicensing revenues; and (ii) the amortization of licensed copyrights, all of which were not previously reflected in Youku's consolidated financial statements.

46. Youku previously amortized the licensed copyrights using one method based on historical viewership consumption. According to Accounting Standards Codification 926, *Entertainment-Films* ("ASC 926"), Youku was required to amortize the two underlying rights separately—the sublicensing right using the individual-film-forecast-computation method in accordance with ASC 926, and the broadcasting right using an accelerated method based on historical viewership consumption in accordance with ASC 920.

**D. <u>Material Misstatements and Omissions</u>**

*<u>First Quarter 2013 Unaudited Financial Results</u>*

47. Youku issued a press release disclosing its first quarter 2013 financial results on May 16, 2013 (the "1Q13 Press Release"). Youku filed a copy of the 1Q13 Press Release as an attachment to a 6-K filing with the SEC on May 20, 2013.

48. The press release was entitled "Youku Tudou Announces First Quarter 2013 Unaudited Financial Results" and represented to investors that Youku's "Consolidated net loss was RMB232.5 million (US$37.4 million), a 12% decrease from the pro forma combined net loss

Case 1:15-cv-02875-WHP Document 25 Filed 01/29/16 Page 15 of 42

for the corresponding period in 2012." (1Q13 Press Release, p. 1). The press release also represented that "Consolidated basic and diluted loss per ADS, each representing 18 Class A ordinary shares amounted to RMB1.42 (US$0.23) and RMB1.42 (US$0.23), respectfully." (*Id*. at 2).

49. The statements in paragraph ¶48 above are false and/or misleading because it fails to provide the Company's true net loss and loss per ADS for the first quarter of fiscal 2013. This false statement and/or omission was material to Youku investors because the truth would have altered the total mix of information available to investors when deciding to purchase Youku stock.

*Second Quarter 2013 Unaudited Financial Results*

50. Youku issued a press release disclosing its second quarter 2013 financial results on August 9, 2013 (the "2Q13 Press Release"). Youku filed a copy of the 2Q13 Press Release as an attachment to a 6-K filing with the SEC on August 12, 2013.

51. The press release was entitled "Youku Tudou Announces Second Quarter 2013 Unaudited Financial Results" and represented to investors that Youku's "Consolidated net loss was RMB105.1 million (US$17.1 million), a 40% decrease from the pro forma combined net loss for the corresponding period in 2012." (2Q13 Press Release, p. 1). The press release also represented that "Consolidated basic and diluted loss per ADS, each representing 18 Class A ordinary shares amounted to RMB0.63 (US$0.10) and RMB0.63 (US$0.10), respectfully." (*Id*. at 2).

52. The statements in paragraph ¶51 above are false and/or misleading because it fails to provide the Company's true net loss and loss per ADS for the second quarter of fiscal 2013. This false statement and/or omission was material to Youku investors because the truth would

Case 1:15-cv-02875-WHP Document 25 Filed 01/29/16 Page 16 of 42

have altered the total mix of information available to investors when deciding to purchase Youku stock.

*Third Quarter 2013 Unaudited Financial Results*

53. Youku issued a press release disclosing its third quarter 2013 financial results on November 15, 2013 (the "3Q13 Press Release"). Youku filed a copy of the 3Q13 Press Release as an attachment to a 6-K filing with the SEC on November 26, 2013.

54. The press release was entitled "Youku Tudou Announces Third Quarter 2013 Unaudited Financial Results" and represented to investors that Youku's "Net loss was RMB218.6 million (US$35.7million)." (3Q13 Press Release, p. 1). The press release also represented that "Basic and diluted loss per ADS, each representing 18 Class A ordinary shares, amounted to RMB1.31 (US$0.21) and RMB1.31 (US$0.21), respectively." (*Id.*).

55. The statements in paragraph ¶54 above are false and/or misleading because it fails to provide the Company's true net loss and loss per ADS for the third quarter of fiscal 2013. This false statement and/or omission was material to Youku investors because the truth would have altered the total mix of information available to investors when deciding to purchase Youku stock.

*Fourth Quarter and Fiscal Year 2013 Unaudited Financial Results*

56. Youku issued a press release disclosing its fourth quarter and fiscal year 2013 financial results on February 27, 2014 (the "4Q13 Press Release"). Youku filed a copy of the 4Q13 Press Release as an attachment to a 6-K filing with the SEC on March 3, 2014.

57. The press release was entitled "Youku Tudou Announces Fourth Quarter and Fiscal Year 2013 Unaudited Financial Results." The press release states in pertinent part:

> **Net loss was RMB24.6 million (US$4.1 million)**, a 78% decrease from the corresponding period in 2012. Non-GAAP net profit or loss is herein defined as net loss excluding share-based compensation expenses, amortization of intangible assets from business combination and business combination related expenses. Non-

Case 1:15-cv-02875-WHP Document 25 Filed 01/29/16 Page 17 of 42

GAAP net profit was RMB44.2 million (US$7.3 million) in the fourth quarter of 2013, as compared to a non-GAAP net loss of RMB62.3 million (US$10.3 million) for the corresponding period in 2012.

* * *

**Net revenues** were RMB901.3 million (US$148.9 million) in the fourth quarter of 2013, a 42% increase from the corresponding period in 2012 and exceeding the high end of the net revenues guidance previously announced by the Company. Advertising net revenues were RMB801.0 million (US$132.3 million), meeting the advertising net revenues guidance previously announced by the Company. The growth was primarily attributable to the increased use by brand advertisers of our advertising services as evidenced by the rising average spend per advertiser.

**Bandwidth costs** as a component of cost of revenues were RMB178.8 million (US$29.5 million) in the fourth quarter of 2013, representing 20% of net revenues, as compared to 26% of net revenues for the corresponding period in 2012.

**Content costs** as a component of cost of revenues were RMB353.7 million (US$58.4 million) in the fourth quarter of 2013, representing 39% of net revenues. **Non-GAAP content costs**, which is herein defined as content costs excluding share-based compensation expenses and amortization of intangible assets from business combination in relation to user generated content, were RMB339.7million (US$56.1 million) in the fourth quarter of 2013, representing 38% of net revenues, as compared to 41% of net revenues for the corresponding period in 2012.

**Gross profit** was RMB254.3 million (US$42.0 million) in the fourth quarter of 2013, an increase of 119% from the corresponding period in 2012. **Non-GAAP gross profit** was RMB268.3 million (US$44.3 million) in the fourth quarter of 2013, an increase of 108% from the corresponding period in 2012 due to strong operating leverage.

**Operating expenses** were RMB333.4 million (US$55.1 million) in the fourth quarter of 2013, as compared to RMB245.0 million (US$40.5 million) of the corresponding period in 2012. **Non-GAAP operating expenses**, which is herein defined as operating expenses excluding share-based compensation expenses, business combination related expenses and amortization of intangible assets from business combination in relation to customer relationship, technology and non-compete provisions, were RMB278.5 million (US$46.0 million) in the fourth quarter of 2013, an increase of 35% from the corresponding period in 2012. Detailed discussion of each component of operating expenses is as follows:

**Sales and marketing expenses** were RMB216.4 million (US$35.8 million) in the fourth quarter of 2013, as compared to RMB107.8 million (US$17.8 million) of the corresponding period in 2012. **Non-GAAP sales and marketing expenses**, which

> is herein defined as sales and marketing expenses excluding share-based compensation expenses and amortization of intangible assets from business combination in relation to customer relationship, were RMB195.8 million (US$32.3 million) in the fourth quarter of 2013, an increase of 106% from the corresponding period in 2012. This increase was primarily due to year-end advertising related promotion expenses and marketing expenditures on our mobile products.
>
> **Product development expenses** were RMB76.5 million (US$12.6 million) in the fourth quarter of 2013, as compared to RMB64.1 million (US$10.6 million) for the corresponding period in 2012. **Non-GAAP product development expenses**, which is herein defined as product development expenses excluding share-based compensation expenses and amortization of intangible assets from business combination in relation to technology, were RMB61.3 million (US$10.1 million) in the fourth quarter of 2013, an increase of 13% from the corresponding period in 2012. This increase was primarily due to an increase in personnel related expenses for our product development in mobile, search, social and paid-services.
>
> **General and administrative expenses** were RMB40.4 million (US$6.7 million) in the fourth quarter of 2013, as compared toRMB73.1 million (US$12.1 million) for the corresponding period in 2012. **Non-GAAP general and administrative expenses,** which is herein defined as general and administrative expenses excluding share-based compensation expenses, business combination related expenses and amortization of intangible assets from business combination in relation to non-compete provisions, wereRMB21.4 million (US$3.5 million) in the fourth quarter of 2013, a decrease of 62% from the corresponding period in 2012.
>
> **Net loss** was RMB24.6 million (US$4.1 million) in the fourth quarter of 2013, a decrease of 78% compared to RMB113.6 million (US$18.8 million) for the corresponding period in 2012. **Non-GAAP net profit** was RMB44.2 million (US$7.3 million) in the fourth quarter of 2013, as compared to a non-GAAP net loss of RMB62.3 million (US$10.3 million) for the corresponding period in 2012.
>
> **Non-GAAP adjusted EBITDA Profit**, which is herein defined as net loss before income taxes, interest expenses, interest income, depreciation and amortization (excluding amortization of acquired content), further adjusted for share-based compensation expenses, amortization of intangible assets from business combination related expenses and other non-operating items, wasRMB36.8 million (US$6.1 million) in the fourth quarter of 2013, as compared to a non-GAAP adjusted EBITDA loss of RMB46.1 million (US$7.6 million) for the corresponding period in 2012.

(4Q13 Press Release, p. 1-3).

Case 1:15-cv-02875-WHP Document 25 Filed 01/29/16 Page 19 of 42

58. The press release also represented that Youku's Fourth Quarter "Basic and diluted loss per ADS, each representing 18 Class A ordinary shares, for the fourth quarter of 2013 amounted to RMB0.15 (US$0.02) and RMB0.15 (US$0.02), respectively." (*Id*. at 1).

59. The press release represented that Youku's Fiscal Year 2013 "Net loss was RMB580.7 million (US$95.9 million). . . . [and] [b]asic and diluted loss per ADS, each representing 18 Class A ordinary shares, for 2013 amounted to RMB3.50 (US$0.58) and RMB3.50 (US$0.58), respectively." (*Id*.). The press release stated in pertinent part:

> **Net revenues** were RMB3.0 billion (US$500.3 million).
>
> **Bandwidth costs** as a component of cost of revenues were RMB685.7 million (US$113.3 million), representing 23% of net revenues.
>
> **Content costs** as a component of cost of revenues were RMB1.4 billion (US$235.0 million), representing 47% of net revenues.
>
> **Gross profit** was RMB541.1 million (US$89.4 million). **Non-GAAP gross profit** was RMB601.3 million (US$99.3 million).
>
> **Operating expenses** were RMB1.2 billion (US$201.7 million). **Non-GAAP operating expenses** were RMB1.0 billion (US$172.2 million). Detailed discussion of each component of operating expenses is as follows:
>
> **Sales and marketing expenses** were RMB681.0 million (US$112.5 million). **Non-GAAP sales and marketing expenses** were RMB619.0 million (US$102.3 million).
>
> **Product development expenses** were RMB278.0 million (US$45.9 million). **Non-GAAP product development expenses** were RMB232.0 million (US$38.3 million).
>
> **General and administrative expenses** were RMB261.8 million (US$43.2 million). **Non-GAAP general and administrative expenses** were RMB191.5 million (US$31.6 million).
>
> **Net loss** was RMB580.7 million (US$95.9 million). **Non-GAAP net loss** was RMB342.1 million (US$56.5 million).
>
> **Non-GAAP adjusted EBITDA loss** was RMB309.5 million (US$51.1 million).

Case 1:15-cv-02875-WHP Document 25 Filed 01/29/16 Page 20 of 42

(*Id*. at 3-4).

60. Subsequent to the February 27, 2014, press release, on April 16, 2014, Youku filed a Form 20-F with the SEC ("2013 Form 20-F") reporting the same fourth quarter and fiscal 2013 results discussed above. Youku's Form 20-F assured investors as to the effectiveness of the Company's controls over financial reporting in the section titled "Item 15. Controls and Procedures." The 2013 Form 20-F reads, in pertinent part, that the management along with the "chief executive officer, president and chief financial officer, has performed an evaluation of the effectiveness of our disclosure controls and procedures within the meaning of Rules 13a-15(e) and 15d-15(e) of the Exchange Act as of December 31~ 2013" and that "[b]ased upon this evaluation, our management has concluded that, as of the end of the period covered by this annual report, our existing disclosure controls and procedures were effective." (2013 Form 20-F, p. 113). It also stated that based on "the Internal Control—Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (1992 framework). . . . our management has concluded that, as of December 31, 2013, our internal control over financial reporting was effective. (*Id*. at 114).

61. The Company's April 16, 2014, Form 20-F contained as attachments, certifications by Defendants Koo and Xu wherein each certified that "[the 2013 Form 20-F] does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading;" that the financial statements "fairly present in all material respects the financial condition, results of operations and cash flows of the Company as of, and for, the periods presented in this report;" that they either designed or caused to be designed controls and procedures capable of "ensure[ing] that material information relating to the Company . . . is made known to us . . .

during the period in which this report is being prepared;" and that they either designed or caused to be designed internal controls over financial reporting capable of "provid[ing] reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles." (2013 Form 20-F, Exs. 121 and 12.2.).

62. Defendants Koo and Xu also certified that, pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, the 2013 Form 20-F "fully complies" with Sections 13(a) and 15(d) of the Exchange Act and that the "information in the [2013 Form 20-F] fairly presents, in all material respects, the financial condition and results of operations of the Company." (2013 Form 20-F, Ex.13.1 and 13.2.).

63. The statements in paragraphs ¶¶ 57-62 above are false and/or misleading because they fail to provide the Company's true net loss and loss per ADS for the fourth quarter of fiscal 2013 and fiscal year 2013, understate the Company's expenses, and describe inaccurately Youku's accounting policies and internal controls over financial reporting. As detailed below, the Company's true net loss for fiscal 2013 was RMB600.1 million 3.2% more than reported at the time. (2014 Form 20-F, p. F-16.) Further, contrary to the Company's statements, Youku did not have adequate internal controls in place for the purpose of properly accounting for licensed copyrights or nonmonetary exchanges of licensed copyrights ("barter transaction"). These false statements and/or omissions were material to Youku investors because the truth would have altered the total mix of information available to investors when deciding to purchase Youku stock.

Case 1:15-cv-02875-WHP Document 25 Filed 01/29/16 Page 22 of 42

*<u>First Quarter 2014 Unaudited Financial Results</u>*

64. Youku issued a press release disclosing its first quarter 2014 financial results on May 22, 2014 (the "1Q14 Press Release"). Youku filed a copy of the 1Q14 Press Release as an attachment to a 6-K filing with the SEC on May 27, 2014.

65. The press release was entitled "Youku Tudou Announces First Quarter 2014 Unaudited Financial Results" and represented to investors that Youku's "Net loss was RMB224.7 million (US$36.1 million), a 3% decrease from the corresponding period in 2013." (1Q14 Press Release, p. 1). The press release also represented that "Basic and diluted loss per ADS, each representing 18 Class A ordinary shares of the Company, for the first quarter of 2014 amounted to RMB1.34 (US$0.22) and RMB1.34 (US$0.22), respectively. (*Id.*)

66. The statements in paragraph ¶65 above are false and/or misleading because it fails to provide the Company's true net loss and loss per ADS for the first quarter of fiscal 2014. This false statement and/or omission was material to Youku investors because the truth would have altered the total mix of information available to investors when deciding to purchase Youku stock.

*<u>Second Quarter 2014 Unaudited Financial Results</u>*

67. Youku issued a press release disclosing its second quarter 2014 financial results on August 19, 2014 (the "2Q14 Press Release"). Youku filed a copy of the 2Q14 Press Release as an attachment to a 6-K filing with the SEC on August 21, 2014.

68. The press release was entitled "Youku Tudou Announces Second Quarter 2014 Unaudited Financial Results" and represented to investors that Youku's "Net loss was RMB164.4 million (US$26.5 million), a 57% increase from the corresponding period in 2013." ( 2Q14 Press Release, p. 1) The press release also represented that "Basic and diluted loss per ADS, each

Case 1:15-cv-02875-WHP Document 25 Filed 01/29/16 Page 23 of 42

representing 18 Class A ordinary shares of the Company, for the second quarter of 2014 amounted to RMB0.88 (US$0.14) and RMB0.88 (US$0.14), respectively." (*Id.*).

69. The statements in paragraph ¶68 above are false and/or misleading because it fails to provide the Company's true net loss and loss per ADS for the second quarter of fiscal 2014. This false statement and/or omission was material to Youku investors because the truth would have altered the total mix of information available to investors when deciding to purchase Youku stock.

*Third Quarter 2014 Unaudited Financial Results*

70. Youku issued a press release disclosing its third quarter 2014 financial results on November 13, 2014 (the "3Q14 Press Release"). Youku filed a copy of the 3Q14 Press Release as an attachment to a 6-K filing with the SEC on November 18, 2014.

71. The press release was entitled "Youku Tudou Announces Third Quarter 2014 Unaudited Financial Results" and represented that Youku's "Net loss was RMB181.4 million (US$29.6 million), a 17% decrease from the corresponding period in 2013." (3Q14 Press Release, p. 1). The press release also represented that "Basic and diluted loss per ADS, each representing 18 Class A ordinary shares of the Company, for the third quarter of 2014 amounted to RMB0.88 (US$0.14) and RMB0.88 (US$0.14), respectively." (*Id.*)

72. The statements in paragraph ¶71 above are false and/or misleading because it fails to provide the Company's true net loss and loss per ADS for the third quarter of fiscal 2014. This false statement and/or omission was material to Youku investors because the truth would have altered the total mix of information available to investors when deciding to purchase Youku stock.

Case 1:15-cv-02875-WHP Document 25 Filed 01/29/16 Page 24 of 42

## E. The Truth Emerges

*Inquiry from the SEC*

73. On September 11, 2014, Youku received a letter from the SEC. In the letter, the SEC raised several questions concerning the Company's financial statement for the year ended December 31, 2013. The SEC's questions focused on, among other things, Youku's net revenues, impairment of long-lived assets, and barter transactions. The SEC specifically questioned Youku as to why the Company applied ASC 360 to licensed copyright assets as well as requested YouKu to provide an explanation as to how it was accounting for its barter transactions. The SEC required a full response and explanation from Youku and reminded Youku that all filings with the SEC needed to comply with the disclosure requirements of the Exchange Act and the rules promulgated thereunder.

74. In response to the SEC's inquiry, Youku's stock price declined from $20.41 per ADS on September 11, 2014 to $19.16 per ADS on September 15, 2014 on unusually heavy trading volume.

*Fourth Quarter and Fiscal Year 2014 Unaudited Financial Results*

75. Youku issued a press release disclosing its fourth quarter and fiscal year 2014 financial results on March 19 and 20, 2015 (the "4Q14 Press Release"). (Youku's press release was dated March 19, 2015. Subsequently, when filed with the SEC, the press release was dated March 20, 2015.) Youku filed a copy of the 4Q13 Press Release as an attachment to a 6-K filing with the SEC on March 23, 2015.

76. The 4Q14 Press Release revealed to investors, for the first time, that the Company's internal controls over financial reporting were inadequate and, as a result, Youku's previously reported financial results were incorrect. In pertinent part, the 4Q14 Press Release revealed that:

Case 1:15-cv-02875-WHP Document 25 Filed 01/29/16 Page 25 of 42

As a result of the routine review by the Securities and Exchange Commission (the "Commission") of the Company's annual report on Form 20-F for the fiscal year ended December 31, 2013 ("2013 20-F"), the Company received, and responded to, comments and queries from the staff of the Commission regarding certain accounting treatment adopted by the Company in its historical financial statements. The financial information for all periods presented in this release is prepared on the same basis as the financial statements included in the Company's annual reports and public disclosure documents since its initial public offering, and has not been revised to reflect adjustments, if any, that may result from the resolution of the comments and queries from the staff of the Commission (the "Staff").

* * *

*Accounting for nonmonetary exchanges of licensed content (known as "barter transaction")* — As disclosed in the Company's 2013 20-F, the Company enters into nonmonetary transactions to exchange online broadcasting rights of video content with other online video broadcasting companies from time to time. The Company records these nonmonetary exchanges at the carrying values of the broadcasting rights given up, which is nil, with no resulting gain or loss being recognized. The Staff was of the view that the Company should have accounted for these barter transactions at fair value, rather than at carrying value.

While the volume of these barter transactions has not been significant historically, the adoption of fair value accounting for these nonmonetary exchanges may result in net gains or losses on the barter exchange, as well as addition or reduction of amortization expense related to content that is swapped from these transactions, all of which were not previously reflected in the Company's historical financial statements.

*Application of ASC 920, Entertainment — Broadcasters ("ASC 920")* — The Company currently accounts for its licensed content similar to long-lived assets, as described in its 2013 20-F. The Staff has inquired whether the Company is within the scope of incremental industry accounting guidance of broadcasters as set forth in ASC 920, the key provisions of which relate to the accounting and presentation of programming materials ("licensed content").

The Company agrees that fundamentally, similar to a traditional broadcaster, its business as an Internet television company is dependent on the acquisition and use of content to drive viewership and monetization of that content through advertising placements. The Company understands that the Staff shares the view that the Company is a broadcaster and should account for its licensed content pursuant to ASC 920. This would result in differences as to how the Company's licensed content would be presented on its balance sheet and the methodology in which the Company evaluates recoverability of its licensed content.

> The Company is currently evaluating the impact to its 2014 and historical financial statements that may result from the resolution of the issues summarized above. Upon conclusion of the review and assessment process, the Company undertakes to reflect all necessary adjustments based on the appropriate accounting treatment in the Company's annual report on Form 20-F for the fiscal year ended December 31, 2014 (the "2014 Form 20-F") and/or a report on Form 6-K to be furnished to the Commission, as appropriate. Accordingly, the financial information presented herein is subject to change. The Company currently expects to resolve the Staff's comments and file its 2014 Form 20-F by the end of April 2015.

(4Q14 Press Release, p. 4-5)

77. In reaction to this news, ADS shares of Youku declined by approximately 10% from a closing price of $15.15 on Friday, March 19, 2015, to $13.50 on March 20, 2015. Shares of the Company continued to fall in the days following the announcement, closing at $12.36 on March 30, 2015, representing a total drop of over 18%, a loss of over $440 million in market value to Youku investors.

**F. Post-Class Period Development**

78. On April 28, 2015, Youku filed a Form 20-F with the SEC ("2014 Form 20-F") restating Youku's 2012-2014 financials. The restatement indicated that Youku "revised its accounting treatment for (i) licensed copyrights and (ii) non-monetary exchanges of licensed copyrights . . . to correct certain errors in the preparation of the previously issued financial statements, and restated its consolidated financial statements for [2012 & 2013]." (2014 Form 20-F, p. F-14). The restatement states in pertinent part (amounts in thousands):

> ***Accounting for licensed copyrights***
>
> The Group acquires and uses licensed content to drive viewership, and monetizes the content through advertising placements. In that sense, the Group's business operations in connection with copyright licensing are similar to that of a traditional broadcaster. As a result, the Group determined that the accounting treatment for the licensed copyrights should have been within the scope of incremental industry accounting guidance in ASC 920, Entertainment — Broadcasters ("ASC 920"), for all historical periods. The application of ASC 920 resulted in differences as to (i)

the current and non-current classification of licensed copyrights on the balance sheet based on estimated time of usage, and (ii) the methodology used in the evaluation of the recoverability of licensed copyrights, which is based on estimated net realizable value ("NRV") whereby a write-down from unamortized cost of licensed copyrights to NRV, if lower, is required when usefulness of the licensed copyrights is revised downwards.

Previously, licensed copyrights were classified as part of intangible assets and the recoverability of licensed copyrights was evaluated with other long-lived assets as an asset group, in accordance with ASC 360-10, Property, Plant, and Equipment: Overall ("ASC 360").

As of December 31, 2013, the adoption of ASC 920 increased the Group's current and non-current licensed copyrights balances by RMB105,087 and RMB254,677, respectively, which is now separately presented on the balance sheet, increased current and non-current prepayments and other assets by RMB18 and RMB9,540, respectively, decreased current and non-current intangible assets balances by RMB51,942 and RMB306,521, respectively, decreased property and equipment by RMB37,633, decreased deferred tax assets by RMB2,291, decreased deferred tax liabilities by RMB2,632 and increased accumulated deficit by RMB26,433.

For the year ended December 31, 2013, the revision of the accounting treatment **increased cost of revenues, product development expenses, sales and marketing expenses and general and administrative expenses by RMB4,117, RMB6,566, RMB10,140, and RMB5,951**, respectively, decreased income tax expenses by RMB341 **and increased net loss by RMB26,433**. The effects of the revision of the accounting treatment on the Group's statement of comprehensive loss for the year ended December 31, 2013 was primarily due to the methodology used in evaluating the recoverability of the licensed copyrights, and the sequence in which the evaluation of recoverability is performed between licensed copyrights and other long-lived assets. Previously, in 2013, the Group recognized an impairment charge of RMB96,071 in accordance with ASC 360, whereby the total impairment charge was measured as the difference between the fair value and carrying value of the asset group, and the charge allocated amongst the various long-lived assets in the asset group based on their relative carrying values, including licensed copyrights. In accordance with ASC 920, the Group first evaluated recoverability of licensed copyrights based on estimated NRV, and determined there was no impairment of licensed copyrights in 2013. The Group then proceeded with the impairment evaluation of its other long-lived assets in accordance with ASC 360, **whereby a total impairment charge of RMB107,326 was allocated to the respective assets in the asset group**, other than licensed copyrights which are outside the scope of ASC 360. **The additional RMB11,255 increase in impairment charges in 2013 was due to the fact that while the fair value of the asset group subject to the impairment assessment remained the same**, there was an increase in the carrying value of the asset group from the recognition of licensed copyrights that are swapped-in at fair value (see Note 3 "Accounting for

nonmonetary exchanges of licensed copyrights"). Furthermore, as a result of the revised carrying values of the Group's licensed copyrights and other long-lived assets, adjustments to the corresponding amortization and depreciation charges were also made.

* * *

***Accounting for nonmonetary exchanges of licensed copyrights ("barter transactions")***

The Group often acquires exclusive licensed copyrights of content, which includes a broadcasting right and a right to sublicense to third parties. From time to time, as part of the sublicensing right acquired, the Group enters into nonmonetary exchanges of the underlying content with other online video broadcasting companies. The Group had previously accounted for these nonmonetary exchanges at the carrying values of the sublicensing rights given up, which is nil, with no resulting gain or loss being recognized. Upon further evaluation of ASC 845, Nonmonetary Transactions, the Group determined it did not meet the inventory exception to fair value accounting contained therein, and accordingly, these barter transactions should be accounted for at fair value. The key effects of applying fair value accounting to these barter transactions resulted in the recognition of (i) sublicensing revenues upon the exchange and (ii) the corresponding licensed copyrights that are swapped-in from these transactions, along with their subsequent amortization, all of which were not previously reflected in the Group's consolidated financial statements. In addition, the Group had previously amortized the exclusive licensed copyrights entirely using an accelerated method based on historical viewership consumption pattern in accordance with ASC 920, whereas it now amortizes the two underlying rights separately - the sublicensing right using the individual-film-forecast-computation method in accordance with ASC 926, Entertainment-Films ("ASC 926"), and the broadcasting right using an accelerated method based on historical viewership consumption pattern in accordance with ASC 920 (see Note 3 "Licensed copyrights, net").

As of December 31, 2013, the revision in accounting treatment increased the Group's current and non-current licensed copyrights balances by RMB2,621 and RMB4,553, respectively, increased current prepayments and other assets by RMB8,958, increased advances from customers and deferred revenue by RMB1,661 and decreased accumulated deficit by RMB14,471.

For the year ended December 31, 2013, the revision of the accounting treatment increased **net revenues and cost of revenues by RMB40,510 and RMB47,077**, respectively, **and net loss increased by RMB6,567**. For the year ended December 31, 2012, the revision of the accounting treatment increased net revenues and cost of revenues by RMB114,227 and RMB92,473, respectively and net loss decreased by RMB21,754.

(2014 Form 20-F, p. F-14 – F-15)

79. A summary of the effects of the restatement on the applicable line items within the Group's consolidated balance sheet as of December 31, 2013 is as follows:

| | Consolidated Balance Sheet as of December 31, 2013 | | |
|---|---|---|---|
| | As Reported RMB | Adjustments RMB | As Restated RMB |
| Licensed copyrights, net | — | 107,708 | 107,708 |
| Intangible assets, net | 51,942 | (51,942) | — |
| Prepayments and other assets | 82,300 | 8,976 | 91,276 |
| Deferred tax assets, net | 7,843 | (2,291) | 5,552 |
| Total current assets | 4,688,455 | 62,451 | 4,750,906 |
| Property and equipment, net | 222,229 | (37,633) | 184,596 |
| Licensed copyrights, net | — | 259,230 | 259,230 |
| Intangible assets, net | 1,197,671 | (306,521) | 891,150 |
| Prepayments and other assets | 197,856 | 9,540 | 207,396 |
| Total non-current assets | 5,881,501 | (75,384) | 5,806,117 |
| Total assets | 10,569,956 | (12,933) | 10,557,023 |
| Advances from customers and deferred revenue | 25,081 | 1,661 | 26,742 |
| Accrued expenses and other liabilities | 1,124,342 | (13,636) | 1,110,706 |
| Total current liabilities | 1,363,248 | (11,975) | 1,351,273 |
| Deferred tax liabilities | 219,519 | (2,632) | 216,887 |
| Total non-current liabilities | 223,589 | (2,632) | 220,957 |
| Total liabilities | 1,586,837 | (14,607) | 1,572,230 |
| Accumulated deficit | (1,878,454) | 45,405 | (1,833,049) |
| Accumulated other comprehensive loss | (199,053) | (43,731) | (242,784) |
| Total shareholders' equity | 8,983,119 | 1,674 | 8,984,793 |
| Total liabilities and shareholders' equity | 10,569,956 | (12,933) | 10,557,023 |

(*Id.* at F-15).

80. A summary of the effects of the restatement on the applicable line items within the Group's consolidated statements of comprehensive loss for the years ended December 31, 2013 is as follows:

| | Consolidated Statement of Comprehensive Loss for the year ended December 31, 2013 | | |
|---|---|---|---|
| | As Reported RMB | Adjustments RMB | As Restated RMB |
| Net revenues | 3,028,484 | 40,510 | 3,068,994 |
| Cost of revenues | (2,487,421) | (37,558) | (2,524,979) |
| Gross profit | 541,063 | 2,952 | 544,015 |
| Product development | (278,015) | (6,566) | (284,581) |
| Sales and marketing | (681,008) | (10,140) | (691,148) |
| General and administrative | (261,770) | (5,951) | (267,721) |
| Total operating expenses | (1,220,793) | (22,657) | (1,243,450) |
| Government grant income | — | 25,489 | 25,489 |
| Loss from operations | (679,730) | 5,784 | (673,946) |
| Other income (loss), net | 70,573 | (25,489) | 45,084 |
| Loss before income taxes | (579,730) | (19,705) | (599,435) |
| Income tax benefit (expense) | (1,014) | 341 | (673) |
| Net loss | (580,744) | (19,364) | (600,108) |
| Net loss per share, basic and diluted | (0.19) | (0.01) | (0.20) |
| Net loss per ADS (each ADS represents 18 class A ordinary shares), basic and diluted | (3.50) | (0.12) | (3.62) |
| Comprehensive loss attributable to ordinary shareholders | (663,915) | (19,364) | (683,279) |

(*Id.* at F-16).

81. A summary of the effects of the restatement on the applicable line items within the Group’s consolidated statement of cash flows for the years ended December 31, 2013 is as follows:

| | Consolidated Statement of Cash Flows for the year ended December 31, 2013 | | |
|---|---|---|---|
| | As Reported | Adjustments | As Restated |
| | RMB | RMB | RMB |
| Net loss | (580,744) | (19,364) | (600,108) |
| Depreciation of fixed assets | 111,098 | (15,293) | 95,805 |
| Amortization of licensed copyrights | — | 816,397 | 816,397 |
| Amortization of intangible assets and capitalized content production costs | 788,299 | (736,458) | 51,841 |
| Barter sublicensing revenue | — | (40,510) | (40,510) |
| Impairment of long-lived assets | 96,071 | 11,255 | 107,326 |
| Deferred income tax benefit | (313) | (2,391) | (2,704) |
| (Increase) decrease of prepayments and other assets | 1,441 | 8,100 | 9,541 |
| Increase (decrease) of accrued expenses and other liabilities | 142,059 | (13,636) | 128,423 |
| Net cash provided by operating activities | 269,483 | 8,100 | 277,583 |
| Loans to third parties | — | (8,100) | (8,100) |
| Acquisition of licensed copyrights | — | (735,001) | (735,001) |
| Acquisition of intangible assets | (740,581) | 735,001 | (5,580) |
| Net cash used in investing activities | (185,024) | (8,100) | (193,124) |
| Supplemental disclosures of cash flow information: | | | |
| Acquisition of licensed copyrights included in accounts payable | — | 179,414 | 179,414 |
| Acquisition of intangible assets included in accounts payable | 191,711 | (179,414) | 12,297 |
| Acquisition of licensed copyrights from nonmonetary content exchanges | — | 28,669 | 28,669 |

(*Id*. at F-17).

## G. Loss Causation and Economic Loss

82. During the Class Period, as detailed herein, Defendants engaged in a scheme to deceive the market and a course of conduct that artificially inflated the Company's stock price, and operated as a fraud or deceit on acquirers of the Company's securities. As detailed above, when the truth about Youku’s misconduct and its lack of operational and financial controls was revealed, the value of the Company's securities declined precipitously as the prior artificial inflation no longer propped up its stock price. The decline in Youku's share price was a direct result of the nature and extent of Defendants' fraud finally being revealed to investors and the market. The timing and magnitude of the common stock price decline negates any inference that the loss suffered by Plaintiff and other members of the Class was caused by changed market conditions, macroeconomic or industry factors or Company-specific facts unrelated to the Defendants’ fraudulent conduct. The economic loss, i.e., damages, suffered by Plaintiff and other Class members was a direct result of Defendants' fraudulent scheme to artificially inflate the Company's

Case 1:15-cv-02875-WHP Document 25 Filed 01/29/16 Page 31 of 42

stock price and the subsequent significant decline in the value of the Company's share, price when Defendants' prior misrepresentations and other fraudulent conduct was revealed.

83. At all relevant times, Defendants' materially false and misleading statements or omissions alleged herein directly or proximately caused the damages suffered by the Plaintiff and other Class members. Those statements were materially false and misleading through their failure to disclose a true and accurate picture of Youku's business, operations and financial condition, as alleged herein. Throughout the Class Period, Defendants publicly issued materially false and misleading statements and omitted material facts necessary to make Defendants' statements not false or misleading, causing Youku’s securities to be artificially inflated. Plaintiff and other Class members purchased Youku's securities at those artificially inflated prices, causing them to suffer the damages complained of herein.

**H. Scienter Allegations in Support of Exchange Act Violations**

84. Collectively, the following factual allegations strongly support an inference of scienter on the part of Defendants. Further, Defendants’ actions, intentions, and deliberately reckless conduct are imputed to the Company as a matter of law. Because of their key roles in the Company, the Individual Defendants caused Youku to act in the manner it did and perpetuate the material misrepresentations and omissions it made throughout the Class Period. Defendants acted with the requisite intent to establish liability under the Exchange Act. Their conduct with respect to Youku’s financial reporting was intentionally misleading and/or reckless with regard to the risk of investors being misled.

85. Youku describes itself as “China’s leading Internet television company” and generates a material amount of its revenue from broadcasting and licensing content. As such, proper accounting for licensed content was of critical importance to Youku’s financial operations

Case 1:15-cv-02875-WHP Document 25 Filed 01/29/16 Page 32 of 42

and presentation. Defendants were aware of the requirements imposed under ASC 920, as evidenced by the fact that Youku used ASC 920 for certain aspects of its accounting. However, as shown throughout the complaint, Youku "cherry picked" which provisions of the ASC it would use in order to make their financials most appealing for investors. Defendants' failure to disclose this to Youku's investors strongly supports the conclusion that they intentionally or recklessly misled investors with respect to the Company's assets.

86. Additionally, although Youku knew ASC 920 had a specific key provision for impairment assessment, Youku used ASC 360 regardless. Youku's conduct further supports the conclusion that defendants acted with an intent to mislead investors or were severely reckless with respect to the risk of misleading investors. By using ASC 360 instead of ASC 920, Youku was able to deceive investors and reduce their impairment charge (which ultimately amounted to over RMB107 million).

87. Accounting properly for these operations were of critical importance to the Company and its financial status, especially when calculating losses to shareholders, amortization, expenses and impairment charges. By intentionally avoiding their obligations under the above accounting principles, defendants were able to hide RMB19.364 million in comprehensive loss to shareholders and an additional RMB11.255 million in impairment losses and, in so doing, maintain an inflated stock price. Given the fact that Defendant Koo owns 18.1% of Youku's outstanding ordinary shares, Koo possessed a motive to maintain an artificially inflated stock price.

88. For the reasons stated above, the factual allegations strongly support an inference of scienter on the part of Defendants.

**I. <u>Presumption of Reliance; Fraud-on-the-Market</u>**

89. At all relevant times, the market for Youku's common stock was an efficient

Case 1:15-cv-02875-WHP Document 25 Filed 01/29/16 Page 33 of 42

market for the following reasons, among others:

(a) Youku's ADS met the requirements for listing, and were listed and actively traded on the NYSE, a highly efficient market;

(b) During the Class Period, Youku's securities were actively traded, demonstrating a strong presumption of an efficient market;

(c) As a regulated issuer, Youku filed with the SEC periodic public reports during the Class Period;

(d) Youku regularly communicated with public investors via established market communication mechanisms;

(e) Youku was followed by securities analysts employed by major brokerage firms who wrote reports that were distributed to the sales force and certain customers of brokerage firms during the Class Period. These analysts included, but were not necessarily limited to: Maxim Group, Deutsche Bank, Brean Capital, Credit Suisse and HSBC Securities. Each of these reports was publicly available and entered the public marketplace; and

(f) Unexpected material news about Youku was rapidly reflected in and incorporated into the Company's stock price during the Class Period.

90. As a result of the foregoing, the market for Youku's common stock promptly digested current information regarding Youku from all publicly available sources and reflected such information in Youku's stock price. Under these circumstances, all purchasers of Youku's common stock during the Class Period suffered similar injury through their purchase of Youku's common stock at artificially inflated prices, and a presumption of reliance applies.

91. Alternatively, reliance need not be proven in this action because the action involves

Case 1:15-cv-02875-WHP Document 25 Filed 01/29/16 Page 34 of 42

omissions and deficient disclosures. Positive proof of reliance is not a prerequisite to recovery pursuant to ruling of the United States Supreme Court in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972). All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered the omitted information important in deciding whether to buy or sell the subject security. Here, the facts withheld are material because an investor would have considered the Company's true net losses and adequacy of internal controls over financial reporting when deciding whether to purchase and/or sell stock in Youku.

**J. <u>No Safe Harbor; Inapplicability of Bespeaks Caution Doctrine</u>**

92. The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the material misrepresentations and omissions alleged in this Complaint.

93. To the extent certain of the statements alleged to be misleading or inaccurate may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements.

94. Defendants are also liable for any false or misleading "forward-looking statements" pleaded because, at the time each "forward-looking statement" was made, the speaker knew the "forward-looking statement" was false or misleading and the "forward-looking statement" was authorized and/or approved by an executive officer of Youku who knew that the "forward-looking statement" was false. Alternatively, none of the historic or present-tense statements made by the defendants were assumptions underlying or relating to any plan, projection, or statement of future economic performance, as they were not stated to be such assumptions underlying or relating to any projection or statement of future economic performance when made, nor were any of the

projections or forecasts made by the defendants expressly related to or stated to be dependent on those historic or present-tense statements when made.

**CLASS ACTION ALLEGATIONS**

95. Plaintiffs bring this action on behalf of all individuals and entities who purchased or otherwise acquired Youku securities on the public market during the Class Period, and were damaged, excluding the Company, the defendants and each of their immediate family members, legal representatives, heirs, successors or assigns, and any entity in which any of the defendants have or had a controlling interest (the "Class").

96. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Youku securities were actively traded on the New York Stock Exchange. While the exact number of Class members is unknown to Plaintiffs at this time and can be ascertained only through appropriate discovery, Plaintiffs believe that there are hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by Youku or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions. As of January 1, 2015, Youku had 2,356,529,401 outstanding shares of common stock. Upon information and belief, these shares are held by thousands if not millions of individuals located geographically throughout the country and possibly the world. Joinder would be highly impracticable.

97. Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by the defendants' respective wrongful conduct in violation of the federal laws complained of herein.

98. Plaintiffs have and will continue to fairly and adequately protect the interests of the

Case 1:15-cv-02875-WHP Document 25 Filed 01/29/16 Page 36 of 42

members of the Class and have retained counsel competent and experienced in class and securities litigation. Plaintiffs have no interests antagonistic to or in conflict with those of the Class.

99. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

(a) whether the federal securities laws were violated by the defendants' respective acts as alleged herein;

(b) whether the defendants acted knowingly or with deliberate recklessness in issuing false and misleading financial statements;

(c) whether the price of Youku securities during the Class Period was artificially inflated because of the defendants' conduct complained of herein; and

(d) whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

100. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## COUNT I

*Violation of Section 10(b) and Rule 10b-5 Against All Defendants*

101. Lead Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

Case 1:15-cv-02875-WHP Document 25 Filed 01/29/16 Page 37 of 42

102. During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (1) deceive the investing public, including Plaintiff and other Class members, as alleged herein; and (2) cause Plaintiff and other members of the Class to purchase Youku's securities at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, each of the Defendants took the actions set forth herein.

103. Defendants: (a) employed devices, schemes, and artifices to defraud; (b) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (c) engaged in acts, practices, and a course of business that operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for Youku's securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder. All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

104. Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about the business, operations and future prospects of Youku as specified herein.

105. These Defendants employed devices, schemes, and artifices to defraud while in possession of material adverse non-public information, and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of Youku's value and performance and continued substantial growth, which included the making of, or participation in the making of, untrue statements of material facts and omitting to state material facts necessary in order to make

the statements made about Youku and its business operations and future prospects in the light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business that operated as a fraud and deceit upon the purchasers of Youku's securities during the Class Period.

106. Individual Defendants' primary liability, and controlling person liability, arises from the following facts: (1) Individual Defendants were high-level executives, directors, and/or agents at the Company during the Class Period and members of the Company's management team or had control thereof; (2) each Individual Defendant, by virtue of his responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's financial condition; (3) each Individual Defendant enjoyed significant personal contact and familiarity with the other Individual Defendant and was advised of and had access to other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (4) each Individual Defendant was aware of the Company's dissemination of information to the investing public which they knew or recklessly disregarded was materially false and misleading.

107. Defendants had actual knowledge of the misrepresentations and omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such Defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing Youku's operating condition and future business prospects from the investing public and supporting the artificially inflated price of its securities. As demonstrated by Defendants' overstatements and misstatements of the Company's financial

condition throughout the Class Period, Defendants, if they did not have actual knowledge of the misrepresentations and omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

108. As a result of the dissemination of the materially false and misleading information and failure to disclose material facts, as set forth above, the market price of Youku's securities was artificially inflated during the Class Period. In ignorance of the fact that market prices of Youku's publicly-traded securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the common stock trades, and/or on the absence of material adverse information that was known to or recklessly disregarded by Defendants but not disclosed in public statements by Defendants during the Class Period, Plaintiff and the other members of the Class acquired Youku's securities during the Class Period at artificially high prices and were or will be damaged thereby.

109. At the time of said misrepresentations and omissions, Plaintiff and other members of the Class were ignorant of their falsity, and believed them to be true. Had Plaintiff and the other members of the Class and the marketplace known the truth regarding Youku's financial results, which was not disclosed by Defendants, Plaintiff and other members of the Class would not have purchased or otherwise acquired their Youku's securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices that they paid.

110. By virtue of the foregoing, Defendants have violated Section 10(b) of the Exchange Act, and Rule 10b-5 promulgated thereunder.

Case 1:15-cv-02875-WHP Document 25 Filed 01/29/16 Page 40 of 42

111. As a direct and proximate result of Defendants' wrongful conduct, Lead Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

112. This action was filed within two years of discovery of the fraud and within five years of each plaintiff's purchases of securities giving rise to the cause of action.

**COUNT II**

*The Individual Defendants Violated Section 20(a) of the Exchange Act*

113. Lead Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

114. Koo and Xu acted as controlling persons of Youku within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions, agency, ownership and contractual rights, and participation in and/or awareness of the Company's operations and/or intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, Koo and Xoo had the power to influence and control, and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements that Plaintiff contends are false and misleading. Koo and Xu were provided with or had unlimited access to copies of the Company's reports, press releases, public filings and other statements alleged by Plaintiff to have been misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or to cause the statements to be corrected.

115. In particular, each of these Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, is presumed to have had the power to

control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

116. As set forth above, Youku, Koo and Xu each violated Section 10(b), and Rule 10b-5 promulgated thereunder, by their acts and omissions as alleged in this Complaint.

117. By virtue of their positions as controlling persons, Koo and Xu are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

118. This action was filed within two years of discovery of the fraud and within five years of each Plaintiff's purchases of securities giving rise to the cause of action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment as follows:

(a) Determining that this action is a proper class action, certifying Plaintiff as class representative under Federal Rule of Civil Procedure 23 and Plaintiff's counsel as class counsel;

(b) Awarding compensatory damages in favor of Plaintiff and the other members of the Class against all Defendants, jointly and severally, for all damages sustained as a result of the defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c) Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees;

(d) Granting extraordinary equitable and/or injunctive relief as permitted by law; and

Case 1:15-cv-02875-WHP Document 25 Filed 01/29/16 Page 42 of 42

(e) Such other and further relief as the Court may deem just and proper.

**JURY TRIAL DEMANDED**

Plaintiff hereby demands a jury trial.

Dated: January 29, 2016

LEVI & KORSINSKY LLP

/s/ Adam Apton

Nicholas I. Porritt
Adam M. Apton
30 Broad Street, 24th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (866) 367-6510

*Attorneys for Lead Plaintiff Service Exel Ltd., Zhu Jianmin, and Lead Counsel for Class*